# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ANDREW WILKINS<br>v.<br>2428392, INC. | CIVIL ACTION<br><br>NO. 2024-1073 |
|---|---|

## ORDER

**AND NOW, TO WIT:** This **24ᵗʰ day** of **June, 2024**, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs. The Clerk of Court shall mark this case **CLOSED**.

**GEORGE WYLESOL**, Clerk of Court

**BY:** */s/ James F.G. Scheidt for*
Lori K. DiSanti
Deputy Clerk

O:\FORMS\41b.docx